# WEINER LAW GROUP LLP

629 Parsippany Road
Parsippany, New Jersey 07054
P (973) 403-1100 F (973) 403-0010
www.weiner.law

LAWRENCE M. BERKELEY                                    lmberkeley@weiner.law
Member of the Firm

May 5, 2021

**Via Electronic Filing**
Clerk, United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:   Kim, Sungjin v. Costco Wholesale Corp., et al.**
> **Docket No.: BER-L-2178-21**
> **Our File No.: COST-134**

Dear Sir/Madam:

Enclosed please find Petition for Removal on behalf of defendant, Costco Wholesale Corporation. Please file same. By copy of this letter, we are advising our adversary of this Petition.

Thank you for your courtesy in this regard.

Respectfully submitted,

*Lawrence Berkeley*

LAWRENCE M. BERKELEY
A Member of the Firm

LMB/yo
Enclosures.

cc:   Clerk, Superior Court of New Jersey, Bergen County (via electronic filing)
      Daniel S. Suh, Esq. (via email only – dsuh@rosemariearnold.com )

**WEINER LAW GROUP LLP**
Lawrence M. Berkeley – 7706
629 Parsippany Road
Parsippany, NJ
Tel: (973) 403-1100
Fax: (973) 403-0010
Email: lberkeley@weiner.law
Attorneys for Defendant, Costco Wholesale Corp. i/p/a Costco Wholesale Warehouse #1214
Our File No.   COST-134

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **KIM, SUNGJIN**<br><br>        **Plaintiff**<br><br>**vs.**<br><br>**COSTCO WHOLESALE CORPORATION, COSTCO WHOLESALE WAREHOUSE #1214 and/or "ABC CORP. 1-10" and/or "DEF MAINTENANCE COMPANY 1-10" and/or "JOHN DOES 1-10" (the last three being fictitious designations), SHARKNINJA OPERATING LLC and/or "XYZ CORP. 1-10" (last being a fictitious designation).**<br><br>        **Defendants.** | **CIVIL ACTION NO.:** |

## PETITION FOR REMOVAL

Petitioner, Costco Wholesale Corp. i/p/a Costco Wholesale Warehouse #1214 ("Costco"), by its attorneys, WEINER LAW GROUP LLP, respectfully petitions the United States District Court for the District of New Jersey as follows:

1.      This case was commenced on March 31, 2021 in the Superior Court of New Jersey, Law Division, Bergen County.  Suit is identified in the Superior Court as <u>Kim, Sungjin v. Costco Wholesale Corporation, et al.</u>, Docket No. BER-L-2178-21. (See Exhibit A).

2.      Costco first received a copy of the Complaint on April 8, 2021 when Plaintiff, Sungjin Kim,

served it upon the Costco warehouse where the incident allegedly took place.  (See Exhibit B).

3.     The filing of this Petition for Removal is timely because it is filed within thirty days of the date Costco first received notice of the lawsuit.

4.     Plaintiff's Complaint in the Superior Court of New Jersey, Law Division, Bergen County, asserts damages of a non-specified amount.  Plaintiff, allegedly sustained injuries at the Costco warehouse as a result of falling inside of the warehouse.  As such, defendant Costco believes the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.     Costco is informed and believes that Plaintiff is an individual citizen of the State of New Jersey. Defendant/petitioner, Costco, is a Washington corporation and its principal place of business is 999 Lake Drive, Issaquah, Washington 98027.

6.     Upon information and belief, co-defendant SharkNinja Operating LLC ("SNO") is a Massachusetts limited liability company with its global headquarters located at 89 A Street #100, Needham, MA 02494.   To date, co-defendant SNO has not filed an Answer to the Complaint, and the undersigned has been unable to otherwise identify counsel for SNO in an effort to obtain SNO's consent for the removal of this matter to federal court.  Costco currently does not have the ability to obtain consent from SNO.

7.     Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

**WHEREFORE**, Petitioner, Costco, defendant in the action described herein, which is currently pending in the Superior Court of the State of New Jersey, Law Division, Bergen County, Docket No. BER-L-2178-21, prays that this action be removed therefrom to this Court.

**Defendant, Costco Wholesale Corporation**

Dated:  May 5, 2021

BY: _____
          LAWRENCE M. BERKELEY
          (LMB-7706)

I certify that a true copy of the Complaint filed in the Superior Court of the State of New Jersey, County of Bergen, along with a copy of the Summons issued to this defendant, is annexed hereto as Exhibit A.


Dated:  May 5, 2021

BY: _____
        LAWRENCE M. BERKELEY, ESQ.
        (LMB-7706)